UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNY WONG and
MICHAEL CHUNG

        Plaintiffs,                      Case No. 14-cv-13798
                                                  Hon. Matthew F. Leitman

v.

DETROIT ENTERTAINMENT,
LLC, *et al.*

        Defendants.

_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (ECF #23)

In 2014, Defendant Detroit Entertainment, LLC, employed Plaintiff Jenny Wong ("Wong") as a blackjack dealer at the Motor City Casino in Detroit, Michigan. Wong says that in May and June 2014, the Defendants erroneously accused her of stealing a $100 chip from the casino, interrogated her without her union representative present, and forced her to give up her occupational license. Wong and her husband (collectively, "Plaintiffs") subsequently filed this action, alleging Defendants violated state and federal law. (*See* ECF #1.)

On June 10, 2015, Plaintiffs requested leave to file a First Amended Complaint (the "Motion for Leave"). (*See* ECF #23.) Plaintiffs say that during discovery they learned for the first time that John Keating ("Keating"), a Michigan

1

State Police officer, was "a participant in the investigation and arrest" of Wong. (*See id.* at 3, Pg. ID 173.) Plaintiffs now seek to amend their Complaint to add Keating as a Defendant.[1]

Federal Rule of Civil Procedure 15(a)(2) provides that the Court should "freely give leave [to file an amended pleading] when justice so requires." Here, no party would suffer prejudice should the Court grant Plaintiffs leave to amend their Complaint. Discovery does not close until September 21, 2015, nearly four months from now. The parties therefore have sufficient time to conduct any additional discovery that may be necessary as a result of Plaintiffs adding Keating as a Defendant. Moreover, to extent any party may need additional time for discovery, the Court would be willing to grant a reasonable extension of the current scheduling order.

Accordingly, for all of the reasons stated above, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave (ECF #23) is **GRANTED**.

---

[1] Defendants also seek to amend their Complaint "to delete all references to the Michigan State Police and the Michigan Gaming Control Board as defendants as each of those entities have been dismissed" from this action. (Mot. for Leave at 3, Pg. ID 173)

**IT IS FURTHER ORDERED** that Plaintiffs shall file their First Amended Complaint within fourteen days of the date of this Order.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 25, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 25, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113
