UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNY WONG, et al.,

    Plaintiffs,

v.

DETROIT ENTERTAINMENT, LLC, d/b/a
MOTOR CITY CASINO, et al.,

    Defendants.

Case No. 14-cv-13798
Hon. Matthew F. Leitman

## ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT

This matter having come on before this Court on Plaintiffs' Motion For Leave To File Second Amended Complaint (Docket # 46) filed and served on the parties on January 22, 2016, the Defendants having failed to respond to said Motion as required by LR 7.1 (e)(2)(A) within 14 days, and the Court being otherwise advised in premises;

**IT IS HEREBY ORDERED** that the Plaintiffs' shall file the proposed Second Amended Complaint referenced in their Motion forthwith. The Defendants shall answer said Second Amended Complaint within 21 days from the date of filing.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 3, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 3, 2016, by electronic means and/or ordinary mail.

                                                          s/Holly A. Monda
                                                          Case Manager
                                                          (313) 234-5113