UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNY WONG and
MICHAEL CHUNG

        Plaintiffs,                              Case No. 14-cv-13798
                                                     Hon. Matthew F. Leitman

v.

DETROIT ENTERTAINMENT,
LLC *et al.*

        Defendants.
_____/

## ORDER DENYING PLAINTIFFS' MOTION
## FOR RECONSIDERATION (ECF # 67)

On March 5, 2016, this Court entered an Order (ECF #66) denying without prejudice Plaintiffs' motion in limine (ECF #47). In their motion, Plaintiffs had asked the Court to exclude certain testimony by Defendants that Plaintiffs claimed was inadmissible. The Court ruled that the motion was premature and that it would be more appropriate for Plaintiffs to raise their arguments following the Court's ruling on Defendants' anticipated motions for summary judgment. (*See* ECF #66.)

Plaintiffs have now asked the Court to reconsider its ruling under Local Rule 7.1(h) (the "Motion for Reconsideration"). (*See* ECF #67.) The Court declines to do so and **DENIES** the Motion for Reconsideration. Plaintiffs have neither persuaded the Court that it erred nor that Plaintiffs' proposed timing for decision of

1

their motion is limine is superior to the Court's. The Court notes that if Plaintiffs have an objection to any of the evidence the Defendants offer in support of their motions for summary judgment, Plaintiffs may assert those objections in their responsive summary judgment briefing.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 11, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 11, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113