UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNY WONG, et al.

      Plaintiffs,                           Case No. 14-cv-13798
                                                    Hon. Matthew F. Leitman

v.

DETROIT ENTERTAINMENT, d/b/a
MOTOR CITY CASINO, et al.,

      Defendants.
_____/

## ORDER DENYING PLAINTIFFS' MOTION TO
## RE-OPEN DISCOVERY (ECF #68)

On January 21, 2015, this Court entered its initial Scheduling Order in this action. (ECF #19.) That order set July 21, 2015, as the fact discovery cutoff. (*Id.*) This Court subsequently granted three extensions of the fact discovery cutoff. (*See* ECF ##36, 44, and 45.) The final extension, entered on November 18, 2015, extended fact discovery in this action until February 18, 2016. (*See* ECF #45.) The order granting the final extension stated, in all capital letters: "NO FURTHER EXTENSIONS TO ANY OF THESE DATES WILL BE GRANTED." (*Id.*)

Plaintiffs Jenny Wong and Michael Chung (collectively, "Plaintiffs) have now requested that the Court re-open discovery on a limited basis (the "Discovery Motion"). (*See* ECF #68.) Specifically, Plaintiffs want discovery re-opened so that

1

they can "take the deposition of Assistant Attorney General Richmond Riggs related to the status of the warrant request made relative to the Plaintiff Jenny Wong." (*Id.* at 1, Pg. ID 598.)

The Court declines to re-open discovery. The Court is persuaded that Plaintiffs had sufficient knowledge of both Mr. Riggs and the potential relevancy of his testimony while fact discovery was open; they should have taken his deposition before discovery closed. Plaintiffs have not presented a sufficient justification for what amounts to a fourth extension of the fact discovery period.

Accordingly, the Discovery Motion (ECF #68) is **DENIED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 3, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 3, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113