UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNY WONG and
MICHAEL CHUNG,

       Plaintiffs,                           Case No. 14-cv-13798
                                                  Hon. Matthew F. Leitman

v.

DETROIT ENTERTAINMENT,
LLC *et al.*,

       Defendants.
_____/

## ORDER TO APPEAR AT CONTINUED HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (ECF ##73, 76, 77)

On June 20, 2016, Defendants filed Motions for Summary Judgment (the "Motions"). (*See* ECF ##73, 76, 77).

**IT IS HEREBY ORDERED** that the parties shall appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Courtroom 237, Detroit, Michigan, on **Friday, January 13, 2017 at 10:00 a.m.** for a continued hearing on the Motions.

At this continued hearing, the parties shall be prepared to discuss and answer questions with respect to the following:

1) Plaintiff should be prepared to address questions concerning Defendant McBride's argument that he is entitled to qualified immunity. (*See* Estate of McBride Supplemental Br. at 7-10, ECF #102 at 9-12, Pg. ID 2418-21.). Among

1

other things, Plaintiff should be prepared to discuss the impact of the Supreme Court case of *Parratt v. Taylor*, 451 US 527 and its progeny, including *Jefferson v. Jefferson County Public School System*, 360 F.3d 583 (6th Cir. 2004) and *Mitchell v. Fankhauser*, 375 F.3d 477 (6th Cir. 2004), on Plaintiff's procedural due process claim.

2) All parties should be prepared to address the meaning and impact of M.C.L. § 432.208(7)(c) when read in connection with M.C.L. § 432.208(6)(c) and M.C.L. § 432.208c(1) on the issue of whether the Michigan Gaming Control Board had discretion to revoke Plaintiff's occupational license.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 14, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 14, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113

2