UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNY WONG and
MICHAEL CHUNG,

    Plaintiffs,

v.

    Case No. 14-cv-13798
    Hon. Matthew F. Leitman

DETROIT ENTERTAINMENT LLC et al.,

    Defendants.

_____/

## JUDGMENT

In accordance with the Order Granting Defendants' Motions for Summary Judgment, dated February 13, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiffs.

    DAVID J. WEAVER
    CLERK OF COURT

By:  s/Holly A. Monda
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: February 13, 2017
Detroit, Michigan